**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Muhammad Shabbir v. Micheal Mukasey, et. al.

Case Number:
**FILED: MAY 22, 2008**
**08CV2994                AEE**
**JUDGE KOCORAS**
**MAGISTRATE JUDGE MASON**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Muhammad Shabbir, Plaintiff

| | |
|---|---|
| NAME (Type or print) | |
| Bonita B. Hwang Cho | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Bonita B. Hwang Cho | |
| FIRM | |
| Law Offices of Cheng, Cho & Yee, P.C. | |
| STREET ADDRESS | |
| 134 N. LaSalle St., Suite 1618 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6229470 | 312-853-3088 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐