AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Muhammad Shabbir, Individually
Plaintiff

CASE NUMBER: **08CV2994**

V.

ASSIGNED JUDGE: **JUDGE KOCORAS**

Micheal Mukasey, U.S. Attorney General, et.al.

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)

Michael Mukasey, U.S. Attorney General
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bonita B. Hwang Cho
Law Offices of Cheng, Cho & Yee, P.C.
134 N. La Salle St., Suite 1618
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of t after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*(signature)*

(By) DEPUTY CLERK

May 22, 2008
Date

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[(1)] | DATE 5-23-08 |
|---|---|
| NAME OF SERVER (PRINT) Bonita Cho | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Sent by certified mail, return receipt requested.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-23-08
             Date

Signature of Server: B.D. Cho

Address of Server: 134 N. LaSalle St. 1618, Chicago IL

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.