# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **MUHAMMAD SHABBIR,** ) <br> File No. A47 265 582 ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **MICHAEL MUKASEY**, U.S. Attorney General, ) <br> Department of Homeland Security**;** ) <br> **EMILIO T. GONZALES**, Director of ) <br> U.S. Citizenship & Immigration Services, ) <br> ) <br> Defendants. ) | CASE NO. 08-CV-2994 <br><br> JUDGE KOCORAS <br><br><br> MAGISTRATE MASON |

## NOTICE OF DISMISSAL OF COMPLAINT

NOW COMES Plaintiff MUHAMMAD SHABBIR, by and through his attorneys, Bonita B. Hwang Cho, Cheng, Cho & Yee, P.C., and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, voluntarily dismisses his complaint filed herein. In support thereof, he states as follows:

1. The Defendants have not yet filed or served an answer or any other pleading in this matter.

Respectfully submitted,

s/ Bonita B. Hwang Cho
Bonita B. Hwang Cho


Cheng, Cho & Yee, P.C.
Attorneys for Plaintiff
134 N. LaSalle, Ste. 1618
Chicago, IL 60602
(312) 853-3088
bcho@lawyersimmigration.com

## **CERTIFICATE OF SERVICE**

I, Bonita B.H. Cho, the attorney, hereby certify that on the 21st day of July, 2008, a **Notice of Dismissal** was served to:

Sheila McNulty, Esq.
Special Assistant U.S. Attorney
Northern District of Illinois
Suite 500
219 South Dearborn
Chicago, Illinois 60604


s/ Bonita B. Hwang Cho
Attorney for Plaintiff


Bonita B. Hwang Cho
Cheng, Cho & Yee, P.C.
134 N. LaSalle, Suite 1618
Chicago, IL 60602
(312) 853-3088
bcho@lawyersimmigration.com