**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Muhammad Shabbir

              Plaintiff,

v.                                                         Case No.: 1:08–cv–02994
                                                           Honorable Charles P. Kocoras

Michael Mukasey, et al.

              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

     MINUTE entry before the Honorable Charles P. Kocoras:This cause is dismissed pursuant to plaintiff's notice [12] of dismissal. Status hearing set for 7/23/2008 is stricken. Civil case terminated. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.